IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY LEE GRAY,

    Plaintiff,                        No. CIV S-07-2400 FCD EFB P

    vs.

ARNOLD SCHWARZENEGGER,

    Defendant.                  <u>ORDER</u>

_____/

      Plaintiff is a prisoner without counsel suing for alleged civil rights violations. The court has reviewed his complaint pursuant to 28 U.S.C. § 1015A, but no defendant has been served. However, on April 23, 2008, plaintiff filed a request for production of documents.

      Since no defendant has been served, an attempt to conduct discovery is premature. Furthermore, interrogatories, requests for production, requests for admission, responses and proofs of service thereof "shall not be filed with the clerk until there is a proceeding in which the document or proof of service is at issue. When required in a proceeding, only that part of the request and response that is in issue shall be filed." Local Rules 33-250(c), 34-250(c) & 36-250(c). Plaintiff's April 23, 2008, request for production of documents must be stricken. In the event that the defendant is served with process, plaintiff must commence discovery as provided in the Federal Rules of Civil Procedure and the Local Rules of this Court.

1  Accordingly, it hereby is ORDERED that plaintiff's April 23, 2008, request for
2 production of documents is stricken and the Clerk of the Court shall make a notation on the
3 docket to that effect.

4 Dated: May 13, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2