IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY LEE GRAY,

    Plaintiff,                      No. CIV S-07-2400 FCD EFB P

    vs.

ARNOLD SCHWARZENEGGER,

    Defendant.                  ORDER

_____/

    Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. He has notified the Clerk of the Court of his intent to voluntarily dismiss this action. Defendant has not been served.

    A plaintiff may dismiss an action without a court order at any time before the defendant serves an answer or motion for summary judgment. Fed. R. Civ. P. 41(a). Defendant has not answered or moved for summary judgment.

    The Clerk of the Court therefore is directed to enter plaintiff's dismissal without prejudice.

    So ordered.

Dated: May 28, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE